| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |



| 1. Person Reporting (last name, first, middle initial)<br><br>REINHARDT, STEPHEN R | 2. Court or Organization<br><br>US COURT OF APPEALS 9TH CIRC | 3. Date of Report<br><br>04/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>312 NORTH SPRING STREET<br>ROOM 1747<br>LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 ▮▮▮▮▮▮▮▮▮▮▮EXEMPT C |
| 2. TRUSTEE | TRUST #2 -▮▮▮▮▮▮▮▮TRUST-NON-EXEMPT C |
| 3. TRUSTEE | TRUST #3 -▮▮▮▮▮▮▮▮DTD 4/21/95 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

COPY

2007 MAY 14 P 12: 23 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/30/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | REGENTS OF THE UNIVERSITY OF MICHIGAN - TEACHING FEE | $ 5,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ACLU FOUNDATION OF SO CALIF/ WAGES |
| 2. 2006 | AMERICAN CIVIL LIBERTIES UNION INC OF SOUTHERN CALIF/ WAGES |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. ACS (WASHINGTON) | 1/22/06-1/23/06: ACS LUNCHEON - LODGING AND TRANSPORTATION |
| 2. NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS (COLORADO) | 1/25/06-1/28/06: ASPEN CRIMINAL LAW SEMINAR - LODGING AND TRANSPORTATION |
| 3. NEW YORK UNIVERSITY (NEW YORK) | 2/25/06-2/26/06: NEW YORK UNIVERSITY MOOT COURT - LODGING AND TRANSPORTATION |
| 4. FORDHAM UNIVERSITY (NEW YORK) | 3/3/06-3/6/06: FORDHAM UNIVERSITY MOOT COURT - LODGING AND TRANSPORTATION |

| Name of Person Reporting | Date of Report |
| --- | --- |
| REINHARDT, STEPHEN R | 04/30/2007 |

| | | |
| --- | --- | --- |
| 5. | YALE UNIVERSITY (NEW **HAVEN** ~~YORK~~) | 3/29/06-4/3/06: PORTRAIT DEDICATION/UNVEILING - LODGING AND TRANSPORTATION |
| 6. | MICHIGAN UNIVERSITY (MICHIGAN) | 4/3/06-4/7/06: MICHIGAN UNIVERSITY MOOT COURT - LODGING AND TRANSPORTATION |
| 7. | BOSTON UNIVERITY (BOSTON, MA) | 4/20/06-4/22/06: CONFERENCE "ROLE OF JUDGES IN THE 21ST CENTURY" - LODGING AND TRANSPORTATION |
| 8. | IDAHO ASSOCIATION OF CRIMINAL DEFENSE LAWYERS (SUN VALLEY, ID) | 6/24/06-6/26/06: ANNUAL DINNER - LODGING AND TRANSPORTATION |
| 9. | ACS (WASHINGTON) | 6/15/06-6/18/06: NATIONAL CONVENTION - LODGING AND TRANSPORTATION |
| 10. | ACS (STANFORD, CA) | 9/14/06-9/15/06: STANFORD LAW SCHOOL - LODGING AND TRANSPORTATION |
| 11. | YALE UNIVERSITY (NEW **HAVEN** ~~YORK~~) | 11/2/06-11/8/06: CHAI SOCIETY DINNER - LODGING AND TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1: CNB -100 | | | | | | | | | |
| 2. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 1 | A | Dividend | J | T | | | | | |
| 3. - FEDERATED AMERICAN LEADERS FD CL C(FALCX) 1 | D | Dividend | M | T | | | | | |
| 4. CITY NATIONAL CHECKING ACCOUNTS | | None | P1 | T | | | | | |
| 5. UNION BANK CHECKING | | None | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #2: CNB -500 | | | | | | | | | |
| 7. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 2 | B | Dividend | K | T | | | | | |
| 8. - COLUMBIA LIFEGOAL BALANCED GROWTH FD C 2 | C | Dividend | M | T | | | | | |
| 9. TRUST #1 - ▓▓▓▓▓▓▓▓ TRUST-EXEMPT C | G | Distribution | | | | | | | See Note 1 Part VIII |
| 10. BROKERAGE A/C #3 CNB 400 | | | | | | | | | |
| 11. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 | D | Dividend | J | T | | | | | |
| 12. - CALIF ST ECON 3.730% 7/01/23 ▓▓▓▓▓ | B | Interest | L | T | BUY | 2/28 | L | | |
| 13. - CALIF ST G O 3.780% 5/01/40 ▓▓▓▓ | A | Interest | L | T | BUY | 8/31 | L | | |
| 14. - LA CALIF DWAP 3.800% 7/01/34 ▓▓▓▓ | A | Interest | L | T | BUY | 12/12 | L | | |
| 15. - CALIF ST DWR 3.830% 5/01/20 ▓▓▓▓ | A | Interest | M | T | BUY | 12/12 | M | | |
| 16. - CA ST ECONOMIC REC 3.179% 7/1/23 | B | Interest | | | SALE | 3/1 | L | A | |
| 17. - L.A. CA DWP 3.28% 7/1/34 | A | Interest | | | SALE | 3/1 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - CALIFORNIA ST PUB WKS BRD LEASE REV 3.000% 12/01/06 | A | Interest | | | MATURED | 12/1 | K | A | |
| 19. - CALIFORNIA ST GENL OBLIG 4.100% 2/01/07 | A | Interest | K | T | | | | | |
| 20. - CA ST CONSUMER PWR & CONSV REV 4.000% 3/01/07 | C | Interest | M | T | | | | | |
| 21. - CALIFORNIA ST GENL OBLIG 5.000% 3/01/09 | A | Interest | K | T | | | | | |
| 22. - 3 VALLEYS MUN WTR DIST CA REV 4.250% 11/01/09 | D | Interest | M | T | | | | | |
| 23. - GLENDALE CA ELEC WKS REV 5.750% 2/01/12 | D | Interest | M | T | | | | | |
| 24. - NEW JERSEY ST EDU FAC AUTH REV 5.000% 12/01/06 | D | Interest | | | MATURED | 12/1 | M | A | |
| 25. - WISCONSIN ST GENL OBLIG 3.000% 5/01/08 | C | Interest | M | T | | | | | |
| 26. - KENDAIL KANE & WILL CNTYS ILL CMNTY 4.800% 10/01/08 | C | Interest | M | T | | | | | |
| 27. - UNIVERSITY ARK UNIV REV 5.000% 12/01/09 | C | Interest | M | T | | | | | |
| 28. - MASSACHUSETTS ST GENL OBLIG 5.250% 8/01/11 | D | Interest | M | T | | | | | |
| 29. - SAN ANTONIO TEXAS GENL OBLIG 5.300% 8/01/12 | D | Interest | | | SALE | 8/1 | L | A | |
| 30. - OPPENHEIMER INTL BOND FD CL A | D | Dividend | N | T | | | | | |
| 31. ACACIA PARTNERS, L.P. | | None | P1 | T | BUY | 1/3 | O | | |
| 32. TRUST #3 TRUST, BROKERAGE A/C #4 CNB 200 | G | Distribution | | | | | | | |
| 33. - CNI CHARTER FUNDS | B | Interest | L | T | | | | | |
| 34. - CA ST DEV AUTH REV 2.702% 8/15/27 | B | Interest | | | SALE | 7/10 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - CA ST GEN OBLIG 3.271% 5/1/34 | C | Interest | | | SALE | 12/28 | L | A | |
| 36.   - CA ST GEN OBLIG 3.1706% 5/1/34 ▆▆▆ | C | Interest | L | T | | | | | |
| 37.   - NP BEACH CA REV 2.752% 10/1/22 | B | Interest | | | SALE | 4/13 | L | A | |
| 38.   - CALIFORNIA ST 9.75% 2/1/08 ▆▆▆ | C | Interest | L | T | | | | | |
| 39.   - CALIFORNIA ST 6.4% 9/1/08 ▆▆▆ | D | Interest | M | T | | | | | |
| 40.   - CALIFORNIA ST 9.2% 10/1/08 ▆▆▆ | C | Interest | K | T | | | | | |
| 41.   - TURLOCK CALIF IRR DIST REV 5.000% 1/01/09 ▆▆ | B | Interest | L | T | | | | | |
| 42.   - SANTA CLARA VY CALIF SALES TAX REV 5.500% 4/01/36 | B | Interest | | | SALE | 10/2 | K | A | |
| 43.   - WASHINGTON ST GENL OBLIG 5.500% 9/01/07 ▆▆ | B | Interest | K | T | | | | | |
| 44.   TRUST #2 - ▆▆▆ TRUST-NON-EXEMPT C ▆▆ | F | Distribution | | | | | | | See Note 2 Part VIII |
| 45.   - BROKERAGE A/C #5 CNB 300 | | | | | | | | | |
| 46.   - CNI CHARTER FDS | C | Dividend | K | T | | | | | |
| 47.   - EAST BAY CA MUN UTIL DT WTR SYS 4.75% 6/1/34 ▆ | B | Interest | M | T | | | | | |
| 48.   SCHWAB INSTITUTIONAL IRA | A | Distribution | | | LIQUIDATED | 1/12 | J | A | |
| 49.   JOHN HANCOCK LIFE INS CO - ANNUITY | D | Distribution | L | W | | | | | |
| 50.   SYMETRA LIFE INS CO - ANNUITY | C | Distribution | K | T | | | | | |
| 51.   MERRILL LYNCH IRA -P48 | D | Distribution | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MERRILL LYNCH RETIREMENT RESERCES CL | | None | J | T | | | | | |
| 53. - BLACKROCK SMALL CAP | | None | J | T | PARTIAL SALE | 12/20 | J | A | See Note 3 Part VIII |
| 54. - BLACKROCK LARGE CAP | | None | J | T | PARTIAL SALE | 12/20 | J | A | See Note 4 Part VIII |
| 55. - BLACKROCK FUNDAMENTAL | | None | J | T | PARTIAL SALE | 12/20 | J | A | See Note 5 Part VIII |
| 56. - BLACKROCK INTERNATIONAL | | None | J | T | PARTIAL SALE | 12/20 | J | A | See Note 6 Part VIII |
| 57. - BLACKROCK BASIC | | None | J | T | PARTIAL SALE | 12/20 | J | A | See Note 7 Part VIII |
| 58. - BLACKROCK VALUE | | None | J | T | PARTIAL SALE | 12/21 | J | A | See Note 8 Part VIII |
| 59. - BLACKROCK SHORT TERM | | None | K | T | PARTIAL SALE | 12/20 | J | A | See Note 9 Part VIII |
| 60. - BLACKROCK HIGH INCOME | | None | J | T | PARTIAL SALE | 12/21 | J | A | See Note 10 Part VIII |
| 61. - BLACKROCK BOND FUND | | None | K | T | PARTIAL SALE | 12/21 | J | A | See Note 11 Part VIII |
| 62. MERRILL LYNCH IRA XXXA68 | | None | K | T | | | | | |
| 63. - MERRILL LYNCH REITIREMENT RESERVES - CL | | None | J | T | | | | | |
| 64. - MLJWT STRAT ALLOC FUND (X) | | None | K | T | | | | | |
| 65. MERRYL LYNCH ACLU DEFRD COMP PLAN IRREV TR - (X) | | None | N | T | | | | | |
| 66. -CMA MONEY FUND (X) | | None | K | T | | | | | |
| 67. - BLACKROCK LARGE CAP | | None | L | T | | | | | See Note 12 Part VIII |
| 68. - BLACKROCK FUNDAMENTAL | | None | K | T | PARTIAL | 10/12 | J | A | See Note 13 Part |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | VIII |
| 69. - BLACKROCK GLOBAL SMALL CAP | | None | K | T | | | | | See Note 14 Part VIII |
| 70. - BLACKROCK EQUITY DIVIDEND | | None | L | T | | | | | See Note 15 Part VIII |
| 71. - BLACKROCK GLOBAL | | None | L | T | | | | | See Note 16 in Part VIII |
| 72. - BLACKROCK BOND FUND | | None | L | T | | | | | See Note 17 in Part VIII |
| 73. - ML BASIC VALUE FD CL I | | | | | SALE | 3/09 | K | A | |
| 74. - ML FUNDAMENTAL GROWTH I | | | | | PARTIAL SALE | 3/9 | J | A | See Note 13 Part VIII |
| 75. - ML GLOBAL FINANCIAL SVCS | | | | | SALE | 9/07 | K | A | |
| 76. MERRILL LYNCH -390AXA ROSENBERG US SM CAP POLARIS PROTECTOR | | None | N | T | | | | | |
| 77. - ALLIANCE GROWTH FUND (X) | | None | J | T | | | | | |
| 78. - AMERICAN FUNDS GROWTH INCOME (X) | | None | J | T | | | | | |
| 79. - DAVIS VENTURE VALUE (X) | | None | J | T | | | | | |
| 80. - FEDERATED AMERICAN LEADERS | | None | J | T | | | | | |
| 81. - FOREIGN VALUE FUND (X) | | None | J | T | | | | | |
| 82. - INTERNATIONAL DIVERSIFIED EQUITIES FUND (X) | | None | J | T | | | | | |
| 83. - MFS MASSACHUSETTS INVESTOR TRUST (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. - VAN KAMPEN LIT GROWTH AND INCOME (X) | | None | J | T | | | | | |
| 85. - CAPITAL APPRECIATION FUND | B | Dividend | J | T | | | | | |
| 86. - GROWTH FUND | B | Dividend | J | T | | | | | |
| 87. - CORPORATE BOND FUND | B | Dividend | J | T | | | | | |
| 88. - GOVERNTMENT AND QUALITY BOND FUND | D | Dividend | J | T | | | | | |
| 89. - CASH FUNDS | B | Interest | J | T | | | | | |
| 90. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1: TRUST #1 ████████████████ - EXEMPT C contains BROKERAGE ACCOUNT #3: CNB-400. This brokerage account had income in 2006 consisting of interest, dividends, capital gains, and distributions. TRUST #1 - ████████████ EXEMPT C also holds the following partnership which had no cash income reported: Acacia Partners.

NOTE 2: TRUST #2 - ████████████ TRUST - NON-EXEMPT C contains BROKERAGE ACCOUNT #5: CNB-300. This brokerage account had income in 2006 consisting of interest, dividends, and capital gains.

NOTE 3: ML Small Cap Growth Fund changed its name to Blackrock Small Cap in 2006. Security was listed on line #57 on prior year's report.

NOTE 4: ML Large Cap Core Fund changed its name to Blackrock Large Cap in 2006. Security was listed on line #56 on prior year's report.

NOTE 5: ML Fundamental Growth Fund changed its name to Blackrock Fundamental in 2006. Security was listed on line #54 on prior year's report.

NOTE 6: ML INTL Value Fund Cl 1 changed its name to Blackrock International in 2006. Security was listed on line #55 on prior year's report.

NOTE 7: ML Basic Value FD CL 1 changed its name to Blackrock Basic in 2006. Security was listed on line #53 on prior year's report.

NOTE 8: ML Value OPP FD CL 1 changed its name to Blackrock Value in 2006. Security was listed on line #58 on prior year's report.

NOTE 9: ML Low Duration Fund changed its name to Blackrock Short Term in 2006. Security was listed on line #61 on prior year's report.

NOTE 10: ML FD High Inc PT 1 changed its name to Blackrock High Income in 2006. Security was listed on line #59 on prior year's report.

NOTE 11: ML BOND FD CORE BD PTF changed its name to Blackrock Bond Fund in 2006. Security was listed on line #60 on prior year's report.

NOTE 12: ML LARGE CAP CORE FUND CL I changed its name to Blackrock Large Cap in 2006. Security was listed on line #75 on prior year's report.

NOTE 13: ML Fundamental Growth I changed its name to Blackrock Fundamental in 2006. Security was listed on line #70 on prior year's report.

NOTE 14: ML Global Small Cap Cl I changed its name to Blackrock Global Small Cap in 2006. Security was listed on line #73 on prior year's report.

NOTE 15: ML Equity Dividend CL I changed its name to Blackrock Equity Dividend in 2006. Security was listed on line #71 on prior year's report.

NOTE 16: ML Global Allocation I changed its name to Blackrock Global Allocation in 2006. Security was listed on line #74 on prior year's report.

NOTE 17: ML Bond FD Core BD PTF CL I changed its name to Blackrock Bond Fund in 2006. Security was listed on line #76 on prior year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/30/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date_ May 9, 2007

NOTE: ANY ~~INDIVIDUAL WHO KNOWINGLY~~ AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544